[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 10, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-15000
Non-Argument Calendar

_____

D. C. Docket No. 07-00150-CR-T-E

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BENJAMIN SHANE FOSTER,
a.k.a. Benjamin Shawn Foster,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(June 10, 2009)

Before BIRCH, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

John Carlton Taylor, appointed counsel for Benjamin Shane Foster in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Foster's conviction and sentence are **AFFIRMED**.